**Vicente Garcia MIRANDA; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–73621.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 16, 2007 *.

Filed Jan. 18, 2007.

Vicente Garcia Miranda, El Monte, CA, pro se.

Maria Monica Garcia, El Monte, CA, pro se.

Julio Valentin Garcia Gonzalez, El Monte, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Michele Y.F. Sarko, Esq., Jeffrey J. Bernstein, Esq., DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**676**

MEMORANDUM **

We have reviewed the opposition to the motion to dismiss this petition for review for lack of jurisdiction and we conclude that petitioners Vicente Garcia Miranda (A79–543–659) and Maria Monica Garcia (A79–543–660) have failed to raise a colorable constitutional or legal claim to invoke our jurisdiction over this petition for review. *See Torres–Aguilar v. INS*, 246 F.3d 1267 (9th Cir.2001). Accordingly, respondent's motion to dismiss this petition for review for lack of jurisdiction is granted in part, as to these petitioners. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft*, 327 F.3d 887, 892 (9th Cir. 2003); *Montero–Martinez v. Ashcroft*, 277 F.3d 1137, 1144 (9th Cir.2002).

As to petitioner Julio Valentin Garcia Gonzalez (A79–543–661), the petition for review is denied because he lacks a qualifying relative for purposes of cancellation of removal. *See* 8 U.S.C. § 1229b(b)(1); *Montero–Martinez*, 277 F.3d at 1140–41 (stating requirements for cancellation of removal).

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft*, 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DISMISSED in part, DENIED in part.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).